# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
**No. 24-1295V**

| | |
|---|---|
| CARMEN ALFARO BALCACERES,<br><br>Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>Respondent. | Chief Special Master Corcoran<br><br>Filed: September 18, 2026 |

*Joseph S. Baglieri, Siri Glimstad, Chicago, IL, for Petitioner.*

*Crystal Fialkowski, U.S. Department of Justice, Washington, DC, for Respondent.*

## RULING ON ENTITLEMENT[1]

On August 22, 2024, Carmen Alfaro Balcaceres ("Petitioner") filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered from a shoulder injury related to vaccine administration ("SIRVA") as a result of receiving a tetanus diphtheria acellular pertussis ("Tdap") vaccination on August 15, 2023. Pet., ECF No. 1. Petitioner further alleges that she suffered the residual effects of her injury for more than six months. *Id.* The case was assigned to the Special Processing Unit of the Office of Special Masters.

On April 10, 2026, I issued tentative findings regarding Respondent's objections to compensation, and concluded that I would likely resolve the issues of onset and alternative cause in Petitioner's favor. ECF No. 22.

---

[1] Because this Ruling contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

On July 23, 2026, Respondent filed his Amended Rule 4(c) report in which he states that in light of my preliminary findings, Respondent "no longer wishes to defend against [P]etitioner's entitlement claim . . . and requests a ruling on the record regarding Petitioner's entitlement to compensation." Respondent's Rule 4(c) Report at 3, ECF No. 26.

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master